AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>ALQUIN WELLS<br><br>Defendant(s) | Case No. 1:19mj3097 |

**FILED**
11:38 am Apr 02 2019
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  1/17/19 through 3/30/19  in the county of  Cuyahoga  in the  Northern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Secs. 846 & 841(a)(1),<br>21 U.S.C. Secs. 843(b) | Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances; Distribution of Controlled Substances; Use of a Communications Facility to Facilitate a Felony Drug Offense |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

FBI SA Todd Platt
Printed name and title

Sworn to via telephone after submission by reliable electronic means. Crim. Rules 4.1

Date:  04/02/2019

_____
Judge's signature

City and state:  Cleveland, Ohio

Magistrate Judge Thomas M. Parker
Printed name and title