IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT FOR ALQUIN WELLS | ) CASE NO: 1:19-MJ-3097 ) ) MAGISTRATE JUDGE ) THOMAS M. PARKER ) ) ) ORDER TO BE FILED UNDER SEAL |

Upon motion of the United States of America, and for good cause shown, the affidavit submitted in support of the criminal complaint in the above-captioned case is hereby sealed and shall remain sealed until further order of this Court.

_____
UNITED STATES MAGISTRATE JUDGE

4/3/2019
DATE